IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1098 |
| | § | |
| MERIDIAN MANAGEMENT SOLUTIONS, LLC, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE
OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The second agreed motion for continuance of Initial Pretrial and Scheduling Conference is granted. (Docket Entry No. 24). The initial pretrial and scheduling conference currently scheduled for February 20, 2015 is reset to **March 27, 2015** at 8:30 a.m. The joint discovery case management plan is due by March 13, 2015.

SIGNED on February 17, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge