IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1098 |
| | § | |
| MERIDIAN MANAGEMENT SOLUTIONS, LLC, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE
OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The second agreed motion for continuance of Initial Pretrial and Scheduling Conference is granted. (Docket Entry No. 26). The initial pretrial and scheduling conference currently scheduled for March 27, 2015 is reset to **May 1, 2015** at 8:30 a.m. The joint discovery case management plan is due by April 24, 2015.

SIGNED on March 26, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge